

**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115978 | 6/21/2010 | 52917 |
| Job Date | Case No. | |
| 6/14/2010 | 1:10-CV-0220-LJM-JMS | |
| Case Name | | |
| Victor George v. Junior Achievement of Central Indiana, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Heather L. Wilson
FROST BROWN TODD, LLC
201 North Illinois Street
Suite 1900
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jeffrey Miller

    1,081.60

TOTAL DUE >>>    $1,081.60
AFTER 7/12/2010 PAY    $1,135.68

Thank you. Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Heather L. Wilson
FROST BROWN TODD, LLC
201 North Illinois Street
Suite 1900
Indianapolis IN 46204

| | | | |
|---|---|---|---|
| Job No. | : 52917 | BU ID | : SRA |
| Case No. | : 1:10-CV-0220-LJM-JMS | | |
| Case Name | : Victor George v. Junior Achievement of Central Indiana, Inc. | | |
| Invoice No. | : 115978 | Invoice Date | : 6/21/2010 |
| **Total Due** | : **$1,081.60** | | |

AFTER 7/12/2010 PAY $1,135.68

Remit To:  **Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis IN 46204**

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115988 | 6/21/2010 | 52918 |
| Job Date | Case No. | |
| 6/14/2010 | 1:10-CV-0220-LJM-JMS | |

**Case Name**

Victor George v. Junior Achievement of Central Indiana, Inc.

**Payment Terms**

Due upon receipt

Heather L. Wilson
FROST BROWN TODD, LLC
201 North Illinois Street
Suite 1900
Indianapolis IN 46204

VIDEOGRAPHER FEES:
   Jeff Miller     636.00

TOTAL DUE  >>>     $636.00
AFTER 7/12/2010 PAY    $667.80

Thank you. Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Heather L. Wilson
FROST BROWN TODD, LLC
201 North Illinois Street
Suite 1900
Indianapolis IN 46204

Job No. : 52918     BU ID : VIDEO-INDY
Case No. : 1:10-CV-0220-LJM-JMS
Case Name : Victor George v. Junior Achievement of Central
            Indiana, Inc.

Invoice No. : 115988     Invoice Date : 6/21/2010
**Total Due** : **$ 636.00**
AFTER 7/12/2010 PAY $667.80

Remit To: **Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis IN 46204**

| PAYMENT WITH CREDIT CARD | AMEX MC VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116635 | 7/29/2010 | 53556 |
| **Job Date** | **Case No.** | |
| 7/19/2010 | 1:10-CV-0220-LJM-JMS | |
| **Case Name** | | |
| Victor George v. Junior Achievement of Central Indiana, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Heather L. Wilson
FROST BROWN TODD, LLC
201 North Illinois Street
Suite 1900
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Victor George     1,504.43

**TOTAL DUE >>>**    **$1,504.43**

AFTER 8/19/2010 PAY    $1,579.65

Thank you. Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Heather L. Wilson
FROST BROWN TODD, LLC
201 North Illinois Street
Suite 1900
Indianapolis IN 46204

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

Job No. : 53556    BU ID : SRA
Case No. : 1:10-CV-0220-LJM-JMS
Case Name : Victor George v. Junior Achievement of Central Indiana, Inc.
Invoice No. : 116635    Invoice Date : 7/29/2010
**Total Due** : **$1,504.43**
AFTER 8/19/2010 PAY $1,579.65

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
(317) 631-0940   Fax (317) 231-6601

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 90059 | 09/09/2010 | 01-55450 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/20/2010 | MORGPA | 1:10-CV-00220 |
| **CASE CAPTION** | | |
| Victor George vs. Junior Achievement of Central Indian | | |
| **TERMS** | | |
| Net 30 | | |

Heather L. Wilson
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jennifer Burk                                                377.60

                              TOTAL  DUE  >>>>        377.60
                      AFTER 10/09/2010 PAY            396.48

TAX ID NO.: 35-1636161                           (317) 237-3800

*Please detach bottom portion and return with payment.*

---

Heather L. Wilson
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

Invoice No.: 90059
Date       : 09/09/2010
**TOTAL DUE** :    377.60
AFTER 10/9/2010 PAY : 396.48

Job No.    : 01-55450
Case No.   : 1:10-CV-00220-JMS-DML
Victor George vs. Junior Achievemen

Remit To:   **Associated Reporting, Inc.**
            **251 East Ohio Street**
            **Suite 940**
            **Indianapolis, IN 46204**

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
(317) 631-0940   Fax (317) 231-6601

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 90061 | 09/09/2010 | 01-55451 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/25/2010 | MORGPA | 1:10-CV-00220 |

| CASE CAPTION |
|---|
| Victor George vs. Junior Achievement of Central Indian |
| **TERMS** |
| Net 30 |

Heather L. Wilson
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Harry Danz                                           232.20

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Mark Shaffer                                         176.55

                      TOTAL   DUE   >>>>                 408.75
                  AFTER 10/09/2010 PAY                   429.19
```

TAX ID NO.: 35-1636161                                (317) 237-3800

*Please detach bottom portion and return with payment.*

Heather L. Wilson
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

Invoice No.: 90061
Date       : 09/09/2010
**TOTAL DUE** :   408.75
AFTER 10/9/2010 PAY : 429.19

Job No.  : 01-55451
Case No. : 1:10-CV-00220-JMS-DML
Victor George vs. Junior Achievemen

Remit To:   **Associated Reporting, Inc.**
            **251 East Ohio Street**
            **Suite 940**
            **Indianapolis, IN 46204**

TO: HEATHER WILSON
@ FROST BROWN TODD
201 N. ILLINOIS ST.
SUITE 1900
INDY 46204
237-3805

From: Jim Walsh
6218 Kingsley Drive
Indianapolis IN 46220
317.251.3851

Assignment # 10.029

**INVOICE**

TOTAL DUE $ 200—

Deposition of JENNIFER BURK
On 20 Aug 10 / 9:00 am/pm  Location: FROST BROWN TODD
Case GEORGE (Vicari) VS JUNIOR ACHIEVEMENT OF CENT. IND
Court US Dist. Court of IN, SOUTH. DIST. IN  Number 1:10CV-00230-JMS-DML
                                                    NO LUNCH BREAK
Video by Jim Walsh   Court Reporter AR (PAULA)
Hours: 8:15 am/pm to 3:30 am/pm Total: 7.25 hours @ $95 per $ 688.75

Cross begins @ 2:49 PM / 4 Copies = $45 per $ 180—  S/H $ 20—
Original media: DVD  Copies for: HEATHER WILSON
Parking: $ 8.00   Media: — @ $ — per

Tape 1 1:29  (24) X
     2 1:31  (25) Y    START @ 9:09 AM  STOP @ 2:57 PM
     3 1:26  (26) Z
     4  :47  (27) AA   Jim Walsh
                       walshvid@netdirect.net
                       NCRA certified specialist
     5 _____
     6 _____      Invoice date: _____

                       MD _____ PE _____ (PD)

Notes: _____ 71675

HEATHER WILSON
FROST BROWN
201 N. ILL. 1900
46204
237-3805

Please make check payable to Jim Walsh

300955 # INVOICE

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
Phone:317-631-0940  Fax:317-231-6601

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92705 | 8/29/2011 | 58054 |
| Job Date | Case No. ||
| 8/23/2011 | 1:10-CV-0220-JMS-MJD ||
| Case Name |||
| Victor George vs. Junior Achievement of Central Indiana, et al. |||
| Payment Terms |||
| Net 30 |||

Darren A. Craig
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Andrea Lynn Hernandez

                                                            162.15

TOTAL DUE >>>    0534  $162.15
AFTER 9/28/2011 PAY    $170.26

0118792l
0573856
20772

Tax ID: 35-1636161

*Please detach bottom portion and return with payment.*

Darren A. Craig
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

Invoice No.  : 92705
Invoice Date : 8/29/2011
**Total Due** : **$ 162.15**
AFTER 9/28/2011 PAY $170.26

Job No.   : 58054
BU ID     : 1-MAIN
Case No.  : 1:10-CV-0220-JMS-MJD
Case Name : Victor George vs. Junior Achievement of Central Indiana, et al.

Remit To: **Associated Reporting, Inc.**
          **251 East Ohio Street**
          **Suite 940**
          **Indianapolis, IN  46204**

300955

# INVOICE

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
Phone:317-631-0940   Fax:317-231-6601

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92701 | 8/29/2011 | 57960 |
| Job Date | Case No. ||
| 8/16/2011 | 1:10-CV-0220-JMS-MJD ||
| Case Name |||
| Victor George vs. Junior Achievement of Central Indiana, et al. |||
| Payment Terms |||
| Net 30 |||

Darren A. Craig
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

1 CERTIFIED COPY OF TRANSCRIPT OF:
   David Neal Wilson

   268.80

TOTAL DUE >>>   663H   $268.80
AFTER 9/28/2011 PAY   $282.24

0118792l
0573854
20772

Tax ID: 35-1636161

*Please detach bottom portion and return with payment.*

Darren A. Craig
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

Invoice No.   : 92701
Invoice Date  : 8/29/2011
**Total Due**   : $ 268.80
AFTER 9/28/2011 PAY $282.24

Job No.    : 57960
BU ID      : 1-MAIN
Case No.   : 1:10-CV-0220-JMS-MJD
Case Name  : Victor George vs. Junior Achievement of Central Indiana, et al.

Remit To:  Associated Reporting, Inc.
          251 East Ohio Street
          Suite 940
          Indianapolis, IN 46204

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92675 | 8/24/2011 | 57959 |
| **Job Date** | **Case No.** | |
| 8/12/2011 | 1:10-CV-0220-JMS-MJD | |
| **Case Name** | | |
| Victor George vs. Junior Achievement of Central Indiana, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>    Jennifer Lynn Burk | 163.55 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>    Phillip Edward Burk | 128.70 |
| **TOTAL DUE >>>** | **$292.25** |
| AFTER 9/23/2011 PAY | $306.86 |

Tax ID: 35-1636161

*Please detach bottom portion and return with payment.*

Darren A. Craig
Frost Brown Todd
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

Invoice No.   : 92675
Invoice Date  : 8/24/2011
**Total Due**   : **$ 292.25**
AFTER 9/23/2011 PAY $306.86

Job No.    : 57959
BU ID      : 1-MAIN
Case No.   : 1:10-CV-0220-JMS-MJD
Case Name  : Victor George vs. Junior Achievement of Central Indiana, et al.

Remit To: Associated Reporting, Inc.
          251 East Ohio Street
          Suite 940
          Indianapolis, IN 46204